The Honorable James L. Robart

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

| | | |
|---|---|---|
| VIVENDI S.A., | ) | No. CV6 1524JLR |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER |
| v. | ) | GRANTING DT DEFENDANTS |
| | ) | MOTION FOR PROTECTIVE |
| T-MOBILE USA, INC, T-MOBILE | ) | ORDER |
| DEUTSCHLAND GMBH, T-MOBILE | ) | |
| INTERNATIONAL AG, DEUTSCHE | ) | |
| TELEKOM AG, AND ZYGMUNT SOLORZ- | ) | |
| ZAK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court on the motion of Defendants Deutsche Telekom AG, T-Mobile Deutschland GmbH, T-Mobile International AG, and T-Mobile USA, Inc. (the "DT Defendants") for a protective order staying discovery in this action pending resolution of their motion to dismiss. The Court has considered the pleadings and papers filed by the parties in connection therewith, arguments of counsel, and all other matters presented to the Court. Based on those materials and arguments,

**IT IS HEREBY ORDERED** that the DT Defendants' motion is GRANTED as follows:

Discovery in this action is hereby stayed pending the resolution of the DT Defendants' forthcoming motion to dismiss.

ORDER (CV6 1524JLR) — 1
SEA 1947621v1 0048172-000239

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
The Honorable James L. Robart
United States District Judge

Submitted by:

Davis Wright Tremaine LLP and Wilmer Cutler Pickering Hale and Dorr LLP
Attorneys for Defendants
Deutsche Telekom AG, T-Mobile Deutschland GmbH,
T-Mobile International AG, and T-Mobile USA, Inc.


By: */s/ Stephen M. Rummage*
_____
        Stephen M. Rummage, WSBA #11168
        Steven P. Caplow, WSBA #19843
        2600 Century Square
        1501 Fourth Avenue
        Seattle, WA 98101-1688
        Telephone: (206) 628-7755
        Fax: (206) 628-7699
        E-mail: steverummage@dwt.com
        E-mail: stevencaplow@dwt.com

        *Of Counsel:*

        Roger M. Witten
        John V.H. Pierce
        Wilmer Cutler Pickering Hale and Dorr LLP
        399 Park Avenue
        New York, NY  10022
        Telephone: (212) 230-8800
        Fax: (212) 230-8888

ORDER (CV6 1524JLR) — 2
SEA 1947621v1 0048172-000239

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150 · Fax: (206) 628-7699

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 2, 2007, I electronically filed the foregoing [Proposed] Order Granting Defendants Motion for Protective Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Rohde:        brohde@rohdelaw.com

Lanny J. Davis:         ldavis@orrick.com

DATED this 2nd day of March, 2007.

> Davis Wright Tremaine LLP
> Attorneys for Defendants T-Mobile USA, Inc., T-Mobile Deutschland GmbH, T-Mobile International AG, and Deutsch Telekom AG
>
> By */s/ Stephen M. Rummage*
> Steven P. Caplow, WSBA #19843
> Davis Wright Tremaine LLP
> 2600 Century Square
> 1501 Fourth Avenue
> Seattle, WA 98101-1688
> Telephone: (206) 628-7755
> Fax: (206) 628-7699
> E-mail: steverummage@dwt.com

ORDER (CV6 1524JLR) — 3
SEA 1947621v1 0048172-000239