## RULE 37(a) CERTIFICATION

I certify that prior to making this submission the parties conferred to attempt to resolve this dispute in accordance with CR 37(a).

Dated this 11th day of July, 2007 at Seattle, Washington.

s/ Robert E. Rohde
Robert E. Rohde, WSBA # 12809
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154-1000
206-386-7353
Attorneys for Plaintiff Vivendi S.A., and
Vivendi Holding I. Corp.

MOTION TO COMPEL DISCOVERY- 5
Case No. CV6-1524-JLR

ROHDE & VAN KAMPEN PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353