The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIVENDI S.A. and VIVENDI HOLDING I CORP., <br><br> Plaintiffs, <br><br> v. <br><br> T-MOBILE USA, INC.; T-MOBILE DEUTSCHLAND GMBH; T-MOBILE INTERNATIONAL AG; DEUTSCHE TELEKOM AG; and ZYGMUNT SOLORZ-ZAK, <br><br> Defendants. | No. CV6-1524 JLR <br><br> DECLARATION OF STEVEN CAPLOW IN SUPPORT OF MOTION TO DISMISS THE THIRD AMENDED COMPLAINT |

I, STEVEN CAPLOW, hereby declare as follows:

1. I am a member of the firm of Davis Wright Tremaine LLP, counsel for Defendants Deutsche Telekom AG, T-Mobile International AG, T-Mobile Deutschland GmbH, and T-Mobile USA, Inc. ("DT Defendants") in this matter. I submit this declaration in support of the DT Defendants' Motion to Dismiss the Third Amended Complaint ("Complaint").

2. Attached hereto as Exhibit A is a true and correct copy of the Shareholders Agreement for Polska Telefonia Cyfrowa Sp. z o.o. ("PTC").

DECLARATION OF STEVEN CAPLOW (CV6-1524 JLR) — 1
SEA 2103809v1 0048172-000239

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

3.  Attached hereto as Exhibit B is a true and correct copy of the November 26, 2004 Award issued by the arbitral tribunal in the arbitration captioned *T-Mobile Deutschland GmbH v. Elektrim S.A.* (No. SCH-4750) ("Second Vienna Arbitration").

4.  Attached hereto as Exhibit C is a true and correct copy of the June 6, 2006 Award ("First Partial Award") issued by the arbitral tribunal in the arbitration captioned *T-Mobile v. Elektrim S.A.* (No. SCH-4939) ("Third Vienna Arbitration").

5.  Attached hereto as Exhibit D is a true and correct copy of the October 2, 2006 Award ("Second Partial Award") issued by the arbitral tribunal in the Third Vienna Arbitration.

6.  Attached hereto as Exhibit E is a true and correct copy of a press release issued by Vivendi on January 18, 2007 regarding the Polish Supreme Court decision, available at http://www.vivendi.com/corp/en/press_2007/20070118_Telecommunications_in_Poland_The_Polish_Supreme_Court_quashes_decision_for.php (last visited September 21, 2007).

7.  Attached hereto as Exhibit F is a true and correct copy of the Vivendi Management Board's Operating and Financial Review and Prospects and Unaudited Condensed Financial Statements for the Nine Months Ended September 30, 2006, as accessed on Vivendi's web site on March 13, 2007.

8.  Attached hereto as Exhibit G is a true and correct copy of a transcript of Vivendi's October 24, 2006 press conference announcing the filing of its RICO claim in this Court.

9.  Attached hereto as Exhibit H is a true and correct copy of Vivendi's Rule 26(a) Initial Disclosures.

10. Attached hereto as Exhibit I is a true and correct copy of the letter from

DECLARATION OF STEVEN CAPLOW (CV6-1524 JLR) — 2
SEA 2103809v1 0048172-000239

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Vivendi to Deutsche Telekom, dated January 23, 2007, that is referenced in the Complaint at ¶ 123.

11.     Attached hereto as Exhibit J is a true and correct copy of the letter from Deutsche Telekom to Vivendi, dated January 26, 2007, that is referenced in the Complaint at ¶ 124.

12.     Attached hereto as Exhibit K is a true and correct copy of the Amended Complaint in *Vivendi Holding I Corp. v. Law Debenture Trust Corp., PLC, and Elektrim S.A.*, No. 07-21431-CIV-King (S.D. Fla. June 7, 2007).

13.     Attached hereto as Exhibit L is a true and correct copy of the Anti-Suit Injunction issued on June 8, 2007 by the English High Court of Justice, Chancery Division, in the matter captioned *Elektrim SA v. Vivendi Holdings 1 Corp.* (No. 07C01505).

14.     Attached hereto as Exhibit M is a true and correct copy of the June 15, 2007 Order issued by the English High Court of Justice, Chancery Division, in the matter captioned *Elektrim SA v. Vivendi Holdings 1 Corp.* (No. 07C01505).

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 26th day of September, 2007.

By */s/ Steven Caplow*
Steven Caplow, WSBA #19843
Davis Wright Tremaine LLP
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 757-8018
Fax: (206) 419-2318
E-mail: stevencaplow@dwt.com

DECLARATION OF STEVEN CAPLOW (CV6-1524 JLR) — 3
SEA 2103809v1 0048172-000239

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2007, I filed this Declaration of Steven Caplow in Support of Motion to Dismiss on the CM/ECF system, which will send notification of such filing to the following persons:

    Robert E. Rohde:    brohde@rohdelaw.com

    Lanny J. Davis:    ldavis@orrick.com

    Garrett Rasmussen:    grasmussen@orrick.com

DATED this 26th day of September, 2007.

        Davis Wright Tremaine LLP
        Attorneys for Defendants

        By */s/ Steven Caplow*
            Steven Caplow, WSBA #19843
            Davis Wright Tremaine LLP
            1201 Third Avenue
            Seattle, WA 98101
            Telephone: (206) 757-8018
            Fax: (206) 419-2318

DECLARATION OF STEVEN CAPLOW (CV6-1524 JLR) — 4
SEA 2103809v1 0048172-000239

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700