The Honorable James L. Robart

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VIVENDI S.A., and VIVENDI HOLDING I CORP., as the Assignee of a U.S. Elektrim Bondholder,<br><br>                     Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC., T-MOBILE DEUTSCHLAND GMBH, T-MOBILE INTERNATIONAL AG, DEUTSCHE TELEKOM AG, AND ZYGMUNT SOLORZ-ZAK,<br><br>                     Defendant. | Case No. CV06-1524 JLR<br><br>**DEFENDANT ZYGMUNT SOLORZ-ZAK'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**<br><br>**Note For Motion Calendar:**<br>*Tuesday, November 6, 2007* |

## MOTION

Pursuant to Local Civil Rule 7(f)(1), Defendant Zygmunt Solorz-Zak ("Mr. Solorz") seeks permission to file an overlength motion to dismiss and supporting memorandum of 36 pages. Plaintiffs' counsel do not oppose this request.

## MEMORANDUM OF POINTS AND AUTHORITIES

The relief requested by this Motion is consistent with the relief granted by the Court by Minute Order dated April 13, 2007 (a copy of which is attached hereto

Case No.: CV06-1524 JLR
DEFENDANT ZYGMUNT SOLORZ-ZAK'S UNOPPOSED
MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF  - 1

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790

as Exhibit A) in response to co-defendants Deutsche Telekom AG ("DT"), T-Mobile International AG ("T-Mobile International"), T-Mobile Deutschland GmbH ("TMD"), and T-Mobile USA, Inc.'s ("T-Mobile USA") (collectively, the "DT Defendants") April 13, 2007 Unopposed Motion for Leave to File Overlength Motion.

## I. BACKGROUND

Plaintiffs Vivendi S.A. ("Vivendi") and Vivendi Holding I Corp.'s ("VH1") (collectively, "Plaintiffs") 65-page Third Amended Complaint("TAC") is an offshoot of dozens of legal proceedings that have been, or presently are, pending in various tribunals in Europe, the first of which was filed in 1999. In their TAC, Plaintiffs allege that the DT Defendants conspired with Mr. Solorz to "take over" one of the "largest wireless telephone company in eastern Europe," and operated two "enterprises" through a pattern of racketeering, in violation of the Racketeer Influenced and Corrupt Organizations provisions of the Organized Crime Control Act of 1970 ("RICO"). (*See, e.g.*, TAC, ¶¶1, 2, 4, 5, 7, 14, 16, 17, 21, 26, 49, 129-134, 137, 139, 144.) Plaintiffs seek treble damages in the amount of $7.5 billion, as well as equitable relief, interest, costs and attorneys' fees. (*See id.* ¶¶2, 15, Prayer for Relief.)

Pursuant to a stipulated schedule, which the Court approved in its November 5, 2007 Order, Mr. Solorz will file a motion to dismiss the TAC on November 9, 2007. The motion to dismiss will argue that the Court should dismiss Plaintiffs' TAC on five separate grounds: *forum non conveniens*, lack of personal jurisdiction, lack of standing, lack of subject matter jurisdiction, and failure to state a claim under RICO or under common law fraud.

## II. ARGUMENT

Mr. Solorz has consolidated five separate dispositive motions into a single 36-

Case No.: CV06-1524 JLR
DEFENDANT ZYGMUNT SOLORZ-ZAK'S UNOPPOSED
MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF  - 2

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790

1  page brief, consistent with this Court's April 13, 2007 Minute Order that allows the
2  DT Defendants and Plaintiffs to file opening and opposition briefs no longer than 36
3  pages. Recognizing that this Court's resources are limited, Mr. Solorz believes that
4  it will facilitate the Court's consideration of these five separate grounds for
5  dismissal if he is given the opportunity to provide an overview of the substantial
6  factual and legal background of this case and to demonstrate how they apply to the
7  five independent bases upon which Mr. Solorz's motion to dismiss is based.
8      Accordingly, Mr. Solorz respectfully requests that the Court grant him leave
9  to file an overlength motion to dismiss and supporting memorandum of 36 pages.

11      RESPECTFULLY SUBMITTED this 6th day of November, 2007.

/s/ Robert J. Bocko
Samuel A. Keesal, Jr., CASB No. 38014, *pro hac vice*
Ben Suter, CASB No. 107680, *pro hac vice*
Robert J. Bocko, WSBA No. 15724
Keesal, Young & Logan
1301 Fifth Avenue, Suite 1515
Seattle, Washington 98101
Telephone: (206) 622-3790
Facsimile: (206) 343-9529
E-mail: *skip.keesal@kyl.com*
*ben.suter@kyl.com*
*robert.bocko@kyl.com*
Attorneys for Defendant ZYGMUNT SOLORZ-ZAK

Case No.: CV06-1524 JLR
DEFENDANT ZYGMUNT SOLORZ-ZAK'S UNOPPOSED
MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 3

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790

**CERTIFICATE OF SERVICE**

I hereby certify that on the date given below, I electronically filed the foregoing Defendant Zygmunt Solorz-Zak's Unopposed Motion for Leave to File Overlength Brief with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following persons:

| | |
|---|---|
| Garret Rasmussen, Esq.<br>Lanny J. Davis, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Washington Harbour<br>3050 K Street, Northwest<br>Washington, D.C.  20007-5135<br>Phone:    202-339-8400<br>Fax:        202-339-8500<br>E-mail:  _grasmussen@orrick.com_<br>             _ldavis@orrick.com_<br>Attorneys for Plaintiffs Vivendi S.A. and VIVENDI HOLDING I CORP. | Robert E. Rohde, WSBA #12809<br>ROHDE & VAN KAMPEN<br>1001 Fourth Avenue, Suite 4050<br>Seattle, WA  98154-1000<br>Phone:    (206) 386-7353<br>Fax:        (206) 405-2825<br>E-mail:  _brohde@rohdelaw.com_<br>Attorneys for Plaintiffs VIVENDI S.A. and VIVENDI HOLDING I CORP. |
| John V.H. Pierce, Esq.<br>Roger M. Witten, Esq.<br>WILMER HALE<br>399 Park Ave<br>New York, NY  10022<br>Phone:  (212) 230-8800<br>Fax:      (212) 230 8888<br>E-mail:  _john.pierce@wilmerhale.com_<br>             _roger.witten@wilmerhale.com_<br>Attorneys for Defendants T-Mobile USA Inc., T-Mobile Deutschland GMBH, T-Mobile International AG, and Deutsche Telekom AG | Stephen M. Rummage, Esq.<br>Steven P. Caplow, Esq.<br>Ladd B. Leavens, Esq.<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue<br>Suite 2200<br>Seattle, WA 98101-3045<br>Phone: (206) 757-8136<br>Fax:     (206) 757-7136<br>E-mail:  _steverummage@dwt.com_<br>             _stevencaplow@dwt.com_<br>             _laddleavens@dwt.com_<br>Attorneys for Defendant T-Mobile USA Inc., T-Mobile Deutschland GMBH, T-Mobile International AG, and Deutsche Telekom AG |

DATED this 6th November, 2007, at Seattle, Washington.

_Shannalyn West Campbell_
_____
Shannalyn West Campbell
KYL_SE49788

Case No.:  CV06-1524 JLR
DEFENDANT ZYGMUNT SOLORZ-ZAK'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 4

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790