UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VIVENDI S.A.,

               Plaintiff,

   v.

T-MOBILE USA, INC., et al.,

               Defendants.

CASE NO. C06-1524JLR

MINUTE ORDER

       The following minute order is made by the direction of the court, the Honorable James L. Robart:

       The court GRANTS Defendants' request for leave to file an overlength motion (Dkt. # 37). Under Local Rules W.D. Wash. CR 7(e)(3), motions to dismiss shall not exceed twenty-four pages. The court finds that Defendants' intention to file a single dispositive motion addressing four separate grounds for dismissal warrants a modest modification to this page limitation. Accordingly, Defendants may file a motion totaling no more than thirty-six pages. Plaintiff's opposition shall not exceed thirty-six pages. Defendants' reply brief shall not exceed twelve pages.

       Filed and entered this 13th day of April, 2007.

                                             BRUCE RIFKIN, Clerk

                                 By     s/Mary Duett
                                                 Deputy Clerk

MINUTE ORDER