

Andrzej Hildebrandt, M.A.

Sworn court translator of the English language
Quendi Language Services, www.quendi.pl, tel. +48 501 792 065, e-mail: ahildebrandt@quendi.pl

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Translation from the Polish original\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VIVENDI S.A. and VIVENDI HOLDING I CORP., as the Assignee of a U.S. Elektrim Bondholder,<br><br>Plaintiffs,<br><br>vs.<br><br>T-MOBILE USA, INC.; T-MOBILE DEUTSCHLAND GMBH; T-MOBILE INTERNATIONAL AG; DEUTSCHE TELEKOM AG; and ZYGMUNT SOLORZ-ZAK,<br><br>Defendants. | Case No. CV6-1524 JLR<br><br>DEFENDANT ZYGMUNT SOLORZ-ZAK'S DECLARATION IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT |

I, ZYGMUNT SOLORZ-ZAK, hereby declare as follows:

1.  My native language is Polish. I do not read, write, or speak English. After I read and confirmed the accuracy of the statements set forth in this Declaration that were written in the Polish language, I approved the Polish language version of this Declaration. Thereafter, I was presented with an English translation of the Polish language version of this Declaration. I have affixed my signature to both the Polish and English language versions of this Declaration upon the representation by a certified Polish language translator that the English language version of this Declaration faithfully sets

KYL_SF457776

- 1 -

DEFENDANT ZYGMUNT SOLORZ-ZAK'S DECLARATION
IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED
COMPLAINT - Case No. CV6-1524 JLR

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WA 98101
(206) 622-3790

forth what I state under oath in the Polish language version of this Declaration. I have personal knowledge of the matters set forth in the Polish language version of this Declaration, and if called to testify, I could and would competently testify (in Polish) to the matters set forth below.

2. This Declaration is submitted in support of Defendant Zygmunt Solorz-Zak's Motion to Dismiss Plaintiffs VIVENDI S.A.("Vivendi") and VIVENDI HOLDING I CORP.'s ("VH1") (collectively, "Plaintiffs") Third Amended Complaint ("Motion to Dismiss") pending in the United States District Court, Western District of Washington at Seattle. I have never set foot in the State of Washington or had any personal or business dealings in with anyone who, to my knowledge, was in any way associated with or from the State of Washington.

3. I am a citizen of the Republic of Poland. My residence is located in Warsaw, Poland.

4. I do not own or rent, and have never owed or rented, any real property in the United States. I do not own, and never have owned, either directly or indirectly, any interest in any United States company. I do not have, and have never had, a bank account or securities account in the United States.

5. I have never filed a tax return in the United States. I have never filed a lawsuit in any state or federal court in the United States. Other than in the lawsuit filed by Vivendi S.A. in the United States District Court, Western District of Washington at Seattle, I have never been a defendant in any state or federal court in the United States.

6. I have never traveled to the United States for business nor have I ever conducted any business on behalf of any entity or on my own behalf while I was in the United States. Thus, while in the United States, I have never used the U.S. phone lines or the U.S. mails to conduct any business in the United States.

7. I have traveled to the United States on less than six occasions, and each time that I came to the United States, it was only for holidays. The longest of these holiday visits was approximately two weeks and most holiday visits were shorter in duration.

8. It is my understanding that the Motion to Dismiss need not, and hence does not, address the supposed "merits" of Plaintiffs' purported "claims" against me. Accordingly, I will not

KYL_SF457776  - 2 -
DEFENDANT ZYGMUNT SOLORZ-ZAK'S DECLARATION
IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED
COMPLAINT - Case No. CV6-1524 JLR

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WA 98101
(206) 622-3790

specifically comment on the numerous false and inaccurate allegations in Plaintiffs' Third Amended Complaint, but instead will simply provide the limited information set forth below concerning my business relationship with Elektrim.

9. Elektrim is a Polish company with its principal place of business in Warsaw, Poland. The corporate governance structure of Elektrim, like that of other Polish companies, consists of two components: a Management Board and a Supervisory Board. Under Polish law, a company's Management Board controls the day-to-day business operations of the company and represents the company in legal proceedings, whereas a company's Supervisory Board supervises the Management Board.

10. I am, and since 2003 have been, the Chairman of Elektrim's Supervisory Board. I am not, and never have been, a member of Elektrim's Management Board. My responsibilities as Chairman of Elektrim's Supervisory Board of Elektrim have been over the years discharged in Europe and I have never conducted any business whatsoever in the United States, or directed others associated with Elektrim to conduct business in the United States.

11. I am generally aware of the European litigation that is ongoing in Austria, Poland, Germany, France, Switzerland and Great Britain relating to the disputes between and/or among Vivendi, VH1, Elektrim and/or T-Mobile Deutschland GMBH, T-Mobile International AG and Deutsche Telekom AG (collectively, "DT") in regard to Elektrim Telekomunikacja sp. z o.o ("Telco") and the Polska Telefonia Cyfrowa sp. zo.o. ("PTC") shares. Certain of those disputes, and in particular ownership of the disputed PTC shares, are to be resolved under Polish law, whereas other disputes, including claims pertaining to Elektrim Finance N.V. bonds, are governed by English law. None of the underlying disputes in Europe is governed by United States law.

12. My personal business papers are all located in Poland. To my knowledge, Elektrim documents relating to the disputes between and/or among Vivendi, VH1, Elektrim and/or DT in regard to Telco and the PTC shares are located in Poland, except to the extent that copies of certain of such documents may have been given to Elektrim's legal representatives in different European countries in connection with litigation that has been ongoing in one forum or another since 1999. To my

KYL_SF457776
- 3 -
DEFENDANT ZYGMUNT SOLORZ-ZAK'S DECLARATION
IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED
COMPLAINT - Case No. CV6-1524 JLR

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WA 98101
(206) 622-3790

knowledge, no Elektrim documents are located in the United States, generally, or in the State of Washington, specifically.

13. Plaintiffs' Third Amended Complaint identifies only two persons purportedly associated with Elektrim other than myself: Monika Halupczak and Dr. Marcin Olechowski. Both Ms. Halupczak and Dr. Olechowski are Polish citizens who reside in Poland. Ms. Halupczak is the former Director of Elektrim's legal department in Warsaw, Poland. Dr. Olechowski is a lawyer under Polish law with the Polish law firm Soltysinski Kawecki & Szlezak ("SK&S") in Warsaw, Poland which has acted as outside counsel for Elektrim. To my knowledge, Elektrim-related witnesses who could offer relevant testimony pertaining to the dispute between and/or among Vivendi, VH1, Elektrim and/or DT in regard to Telco and the PTC shares reside in Poland. No such witnesses are in the United States. In my judgment, requiring non-party Polish citizens to appear in the United States to testify about matters that they may have worked on in Poland related to (1) European transactions, (2) European business disputes, and (3) European arbitration and court proceedings, would be extremely inconvenient, disruptive, costly and unfair.

14. Because I live and work in Poland and because I have only visited the United States less than six times and have done so only for vacations, allowing Plaintiffs' lawsuit to proceed in this Honorable Court and forcing me to participate in legal proceedings in the United States – and in the State of Washington where I have never in my life been – will present significant burdens and inconvenience for me. In addition, having to defend a lawsuit in the United States that is duplicative of legal proceedings that have been pending and ongoing for years in Europe will also be extremely disruptive for me and will prevent me from fulfilling my business responsibilities to Elektrim and to other business entities with which I am involved in Poland.

15. Additionally, because I do not speak, read or understand English, I would have to engage a translator to attend court hearings in the United States with me at substantial expense and inconvenience. Not only would forcing me to participate in a foreign trial in the United States be extremely impractical, inconvenient and unfair to me given the fact that the disputes between and/or among Vivendi, VH1, Elektrim and/or DT in regard to Telco and the PTC shares arose in Europe and

KYL_SF457776    - 4 -

DEFENDANT ZYGMUNT SOLORZ-ZAK'S DECLARATION
IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED
COMPLAINT - Case No. CV6-1524 JLR

KEESAL YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WA 98101
(206) 622-3790

are currently being litigated in Europe, such a foreign trial could extremely prejudicial to me for the following reasons: (1) Washington State jurors may resent the trial being substantially prolonged as a result of my needing a translator to follow the proceedings; and (2) Washington State jurors my resent the fact that their tax dollars are being used (and perhaps wasted) in connection with a dispute that has no nexus to the United States, let alone the State of Washington.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed in Warsaw, Poland this 8 day of November 2007.

_____
ZYGMUNT SOLORZ-ZAK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*end of the Polish text\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, Andrzej Hildebrandt, sworn court translator of the English language, entered into the List of Sworn Translators maintained by the Minister of Justice under no TP/2169/06, hereby attest and certify the compliance of the above translation with the original, presented to me in the Polish language, in witness hereof I affix my stamp and hand this 8th day of November, 2007.

R/D no. 922/2007

Andrzej Hildebrandt, M.A

KYL_SF457776

- 5 -

DEFENDANT ZYGMUNT SOLORZ-ZAK'S DECLARATION
IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED
COMPLAINT - Case No. CV6-1524 JLR

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WA 98101